UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS L. D'AQUIN | * | CIVIL ACTION |
| VERSUS | * | NO. 26-877 |
| AFTERPAY US SERVICES, LLC | * | SECTION "I" (2) |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Thomas L. D'Aquin, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Thomas D'Aquin's TILA claim against Defendant Afterpay US Services, LLC is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. 1915(e)(2)(B) for being legally frivolous and for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

New Orleans, Louisiana, this 26th day of August, 2026.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE